## THE RUSSELL LUMBER COMPANY *vs.* THE WATERBURY NATIONAL BANK.

Third Judicial District, Bridgeport, October Term, 1909.
BALDWIN, C. J., HALL, PRENTICE, THAYER and RORABACK, Js.

*Russell Lumber Co.* v. *Smith & Co., ante,* p. 517, reaffirmed and followed.
Argued October 28th—decided December 17th, 1909.

ACTION of *scire facias* against a garnishee, brought to and tried by the Superior Court in New Haven County, *Robinson, J.*, upon a demurrer to the answer; the court sustained the demurrer and rendered judgment for the plaintiff, after which, upon motion of the defendant, a stay of execution was granted by *Shumway, J.*, from which the plaintiff appealed. *Appeal erased from docket.*

*George E. Beers,* for the appellant (plaintiff).

*John O'Neill,* for the appellee (defendant).

PER CURIAM. For the reasons stated in *Russell Lumber Co.* v. *Smith & Co., ante,* p. 517, the appeal in this case was improperly taken, and it is erased from the docket.